Certificate of Service CR02-317(1) DSD

I, Raul Ibarra Cardenas, hereby certify that I have served a true and correct copy of the following document(s):

REQUEST FOR CERTIFICATE OF APPEALABILTY

Which is deemed filed at the time it was delivered to prison authorities for forwarding, - *HOUSTON vs. LACK, 487 U.S. 266, 101 L.Ed.2d 245 (1988)* - to the U.S. Attorney's Office, and his/her attorney of record, by placing the above mentioned document(s) in a sealed, postage prepaid envelope addressed to:

Jeffrey Paulsen
AUSA
600 U.S. Courthouse
300 Fourth St.
Minneapolis, MN
55415

and deposited same in the United States Postal Mail, at the United States Federal Correctional Institution, located at Lompoc, California, on this November 21, day of November, 2004

I declare under penalty of perjury that the foregoing is true and correct *(28 U.S.C. § 1746)*.

Executed on November 21, 2004

RECEIVED
BY MAIL
DEC - 3 2004
CLERK US DIST COURT
MINNEAPOLIS MN

*(signature)*
Name: Raul Ibarra Cardenas
Reg. No.: 10705-041
Federal Correctional Institution
3600 Guard Road
Lompoc, CA. 93436

SCANNED
DEC 06 2004
U.S. DISTRICT COURT MPLS