UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-317(1) (DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Raul Ibarra-Cardenas,
a/k/a "Chico",
a/k/a Raul Valneica,
a/k/a Raul Ibarra,

Defendant.

Jeffrey S. Paulsen, Esq. and Office of the United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, counsel for plaintiff.

Raul Ibarra-cardenas, *pro se* defendant.

This matter is before the court upon defendant's application for a certificate of appealability.

The court considered defendant's entitlement to a certificate of appealability in its order of October 26, 2004. The court concluded that defendant had not made a "substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2).

Accordingly, **IT IS HEREBY ORDERED** that defendant's present application [Doc. No. 80] is **denied as moot.**

Dated: January 19, 2005

s/ David S. Doty
David S. Doty, Judge
United States District Court