Raul Ibarra Cardenas
FRN 10705-041
FCI LOMPOC
3600 Guard Road
Lompoc, CA 93436

RECEIVED
BY MAIL
FEB 16 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Pro se

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| RAUL I~~BARRA~~ CARDENAS,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | CASE No. <u>02-317(1) DSD/SRN</u><br><br>**NOTICE OF APPEAL FROM DISTRCIT COURT'S ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

COMES NOW Petitioner Raul Ibarra Cardenas, in pro se and under severe conditions of confinement, hereby files the instant Notice of Appeal from the district court's order denying the issuance of a Certificate of Appealability (COA), dated on January 19, 2005, so that he may be granted an opportunity to a review of the sentence imposed in this case.

Respectfully submitted this 31st day of January, 2005.

Raul Ibarra Cardenas

SCANNED
FEB 16 2005