RECEIVED
FEB 1 0 2005
CR02-317(1) DSD/SRN
CLERK US DIST COURT
MINNEAPOLIS MN

**CERTIFICATE OF SERVICE**

I, Raul Ibarra Cardenas, hereby certify that I have served a true and correct copy of the following document(s):

NOTICE OF APPEAL FROM DISTRICT COURT'S ORDER DENYING
CERTIFICATE OF APPEALABILITY

which is deemed filed at the time it was delivered to the prison authorities for forwarding, SEE HOUSTON vs. LACK, 487 U.S. 266, 101 L.Ed.2d 245 (1988), to the U.S. Attorney, and his/her attorney of record, by placing the above mentioned document(s) in a sealed, prepaid postage envelope addressed to:

JEFFREY S. Paulsen
Attorney
600 united states courthouse, 300 South Fourth
Street Minneapolis MN 55415 - counsel
For Plaintiff

and deposited the same in the United States Postal Mail, at the United States Federal Correctional Institution, located at Lompoc, California, on this 01-31 day of January, 2005.

I declare under penalty of perjury that the foregoing is true and correct, (28 U.S.C. § 1746).

Executed on this 01-31 day of January, 2005.

Name: Raul Ibarra Cardenas
Registration No: 10705-041
Federal Correctional Institution
3600 Guard Road
Lompoc, California 93436-2705

SCANNED
FEB 16 2005